UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT E. HUEN**                                                              **CIVIL ACTION**

**VERSUS**                                                                              **NO. 08-1221**

**STATE OF LOUISIANA**                                                    **SECTION: "S"(1)**

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed on March 25, 2008 (Doc. #5), and on April 2, 2008 (Docs. #6 and 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) as frivolous and for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this __30th__ day of _____April_____, 2008.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE